No. 00–5194.

United States Court of Appeals, District of Columbia Circuit.

March 20, 2001.

**In re: David WOODRUFF, Petitioner**

No. 01–5002.

United States Court of Appeals, District of Columbia Circuit.

March 21, 2001.

Before HARRY T. EDWARDS, Chief Judge, STEPHEN F. WILLIAMS and RANDOLPH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant/petitioner. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order, filed November 9, 2000, be affirmed substantially for the reasons stated by the district court in its decision.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.